ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| HydroGeoLogic, Inc. | ) ASBCA No. 62816 |
| | ) |
| Under Contract No. W912QR-12-D-0009 | ) |

APPEARANCES FOR THE APPELLANT: Todd M. Garland, Esq.
 Brian J. Vella, Esq.
 Daniel H. Ramish, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
 Kathleen P. Miller, Esq.
 David C. Brasfield, Jr., Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Mobile

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  August 15, 2022

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62816, Appeal of HydroGeoLogic, Inc., rendered in conformance with the Board's Charter.

Dated: August 15, 2022

_for Tammye D. Alvott_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals